# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| MIGUEL SANCHEZ, | : | |
| | : | |
| | : | Civil Action No. 14-4414 (JBS) |
| Petitioner, | : | |
| | : | |
| v. | : | **MEMORANDUM AND ORDER** |
| | : | |
| KENNETH NELSEN, et al., | : | |
| | : | |
| Respondents. | : | |
| | : | |

*Pro se* Petitioner, Miguel Sanchez, a prisoner confined at the Northern State Prison, seeks

to bring a habeas petition pursuant to 28 U.S.C. § 2254. Local Civil Rule 81.2 provides:

> Unless prepared by counsel, petitions to this Court for a writ of
> *habeas corpus* . . . shall be in writing (legibly handwritten in ink or
> typewritten), signed by the petitioner or movant, on forms supplied
> by the Clerk.

L. Civ. R. 81.2(a). As of March 3, 2014, a new form has been supplied by the Clerk of the Court.

Petitioner placed his petition into the prison mail system in July of 2014. Petitioner did not use

the habeas form supplied by the Clerk for section 2254 petitions, *i.e.*, AO241 (modified).

THEREFORE, it is on this ___**24th**___ day of _____**July**___ , **2014**;

ORDERED that the Clerk of the Court shall administratively terminate this case;

Petitioner is informed that administrative termination is not a "dismissal" for purposes of the

statute of limitations, and that if the case is reopened, it is not subject to the statute of limitations

time bar if it was originally filed timely, *see Jenkins v. Superintendent of Laurel Highlands*, 705

F.3d 80, 84 n.2 (2013) (describing prisoner mailbox rule generally); *Dasilva v. Sheriff's Dep't.*,

413 F. App'x 498, 502 (3rd Cir. 2011) (per curiam) ("[The] statute of limitations is met when a complaint is submitted to the clerk before the statute runs …."); and it is further

ORDERED that the Clerk of the Court shall forward Petitioner a blank habeas petition form—AO 241 (modified):DNJ-Habeas-008 (Rev.01-2014); and it is further

ORDERED that the Clerk's service of the blank habeas petition form shall not be construed as this Court's finding that the original petition is or is not timely, or that Petitioner's claims are or are not duly exhausted; and it is further

ORDERED that if Petitioner wishes to reopen this case, he shall so notify the Court, in writing addressed to the Clerk of the Court, Mitchell H. Cohen Building and U.S. Courthouse, Fourth and Cooper Streets, Camden, New Jersey, 08101, within 30 days of the date of entry of this Memorandum and Order; Petitioner's writing shall include a complete, signed habeas petition on the appropriate form; and it is further

ORDERED that upon receipt of a writing from Petitioner stating that he wishes to reopen this case, and a complete, signed petition, the Clerk of the Court will be directed to reopen this case; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Memorandum and Order upon Petitioner by regular U.S. mail.


                                      **s/ Jerome B. Simandle**
                                    JEROME B. SIMANDLE, Chief Judge
                                    United States District Court